**FILED: 12/15/14**
**(closed)**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Unito Piazza Enterprises Co. Ltd., et al.*  )  <br> ) <br> **Plaintiff,**  ) <br> ) <br> **v.**  ) <br> ) <br> *Pacwind, Inc., et al.*  ) <br> ) <br> **Defendant.**  ) <br> ) <br> ) <br> _____ | **NO. CV 09-0637-GHK (SSx)** <br><br> **JUDGMENT** |

Pursuant to our December 15, 2014 Order granting Plaintiffs Unito Piazza Enterprises Co. Ltd. and Sustainable Energy Applications, LLC's ("Plaintiffs") Motion to Enforce Settlement Against WePower, LLC ("WePower"), **IT IS HEREBY ADJUDGED** that Plaintiff shall have judgment in the sum of $110,000.00 against WePower.  Furthermore, **IT IS HEREBY ADJUDGED** that post-judgment interest shall accrue on the judgment amount of $110,000.00 pursuant to 28 U.S.C. § 1961.

**IT IS SO ORDERED**.

DATED: December 15, 2014

_____
GEORGE H. KING
United States Chief District Judge